UNITED STATES   DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA

SHAWN BESSARD                                          CIVIL ACTION

versus                                                 NO. 06-9026
                                                       C/W 07-6103

OMEGA PROTEIN, INC.,                                   SECTION: E/3

**RULING ON MOTION TO APPEAL MAGISTRATE JUDGE'S DECISION
ON ORDER TO COMPEL**

On March 21, 2008, Plaintiff Shawn Bessard appealed, at record document #84, Magistrate Judge Knowles grant of Omega's Motion to Compel a Functional Capacity Examination ("FCE"), entered at record document #82 on March 17, 2008.  He argues that his treating physician[1] recommended against an FCE on the grounds that it could exacerbate Plaintiff's injury.  This is inaccurate.  Plaintiff's treating physician simply opined that the FCE "at this time would be meaningless", and that Plaintiff would "necessarily be subject to a 10 pound maximum weight limit during the testing to prevent further injury."  See Plaintiff's Ex. "B", letter from Dr. McDonnell dated March 12, 2008.  Plaintiff has not provided any evidence to persuade the Court to overturn Magistrate Judge Knowles' ruling.

---

[1] Plaintiff's treating physician recommended surgery months ago that Plaintiff has not yet scheduled.

Accordingly,

**IT IS ORDERED** that Plaintiff's Appeal of Magistrate Judge's Decision on Order to Compel is **OVERRULED.**

New Orleans, Louisiana, April 1, 2008.

_____
**MARCEL LIVAUDAIS, JR.**
Senior United  States District Judge