UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

SHAWN BESSARD                                          CIVIL ACTION

VERSUS                                                         NO.: 06-9026

OMEGA PROTEIN, INC.                                SECTION: "E"
                                                                   MAGISTRATE (3)

**OMEGA PROTEIN, INC.'S UPDATED WITNESS LIST**

**NOW INTO COURT,** through undersigned counsel, comes defendant, Omega Protein,

Inc. ("Omega"), who submits the following list of witnesses it may or will call at the trial of this

matter:

**A.     WILL CALL WITNESS LIST**

1.     Shawn Bessard
       1610 Green Street, Apt. A and
       907 South Louisiana Street
       Abbeville, LA  70510
       Fact witness: On cross-examination - will testify to the fact and circumstances of
       the alleged incident, his employment with Omega, his pre-employment physical
       with Omega and all prior employers, his alleged injuries, medical treatment, lost
       wages and alleged damages and all other issues.

**B.     MAY CALL WITNESS LIST**

1.     Captain Dale Dameron
       Omega Protein, Inc.
       Abbeville Plant
       9730 Andrew Road
       Abbeville, Louisiana  70510
       Fact witness:  Will testify regarding the facts and circumstances of the alleged
       unwitnessed incident and job requirements of a cook and fisherman.  Captain
       Dameron will also testify regarding the weather and sea conditions of May 9,
       2006.

2.     Charles Stork
       Omega Protein, Inc.
       Moss Point Plant
       5735 Elder Ferry Road
       Moss Point, MS  39563
       Fact witness:  Will testify regarding the facts and circumstances of plaintiff's
       alleged accident, conversations with plaintiff after his alleged accident regarding

plaintiff's injuries and job requirements of a cook and fisherman, and weather and sea conditions on May 9, 2006.

3.      Tyrone Sellers
        Omega Protein, Inc.
        Abbeville Plant
        9730 Andrew Road
        Abbeville, Louisiana 70510
        Fact witness: Will testify regarding the facts and circumstances of the alleged incident and job requirements of a cook and fisherman, and weather and sea conditions on May 9, 2006.

4.      Michael Bosarge
        Omega Protein, Inc.
        Abbeville Plant
        9730 Andrew Road
        Abbeville, Louisiana 70510
        Fact witness: Will testify regarding the facts and circumstances of the alleged incident, maintenance of the vessels, and fishing procedures, particularly the handling of the purse boats, nets and lines.

5.      William Ladnier
        Omega Protein, Inc.
        Abbeville Plant
        9730 Andrew Road
        Abbeville, Louisiana 70510
        Fact witness: Will testify regarding the facts and circumstances of the alleged incident, maintenance of the vessels, and fishing procedures, particularly the handling of the purse boats, nets and lines.

6.      William H. Ball
        Omega Protein, Inc.
        Abbeville Plant
        9730 Andrew Road
        Abbeville, Louisiana 70510
        Fact witness: Will testify regarding the facts and circumstances of the alleged incident, maintenance of the vessels, and fishing procedures, particularly the handling of the purse boats, nets and lines.

7.      All crewmembers on board the F/V BULLDOG the week of May 9, 2006.
        Fact witness: Will testify regarding the facts and circumstances surrounding the alleged unwitnessed accident.

8.      John Matthews
        Omega Protein, Inc.
        Abbeville Plant
        9730 Andrew Road
        Abbeville, Louisiana 70510
        Fact witness: Will testify regarding the maintenance of the F/V BULL DOG.

9.      Ms. Peggy Vidrine
        Omega Protein, Inc.
        Post Office Box 369
        Abbeville, LA  70511-0369
        Fact witness: To testify regarding the facts and circumstances of the alleged incident, plaintiff's employment, investigations of plaintiff's accident, amounts to be paid on behalf of Omega Protein, Inc.; vessel operations and job requirements of a cook and fisherman and investigation regarding payment of maintenance and cure.

10.     C. David Ott
        Omega Protein, Inc.
        Taylor Building
        251 Florida Street, Suite 407
        Baton Rouge, LA  70801
        Fact witness: To testify regarding the facts and circumstances of the alleged incident, plaintiff's employment, hiring procedures, investigations of plaintiff's accident, amounts paid on behalf of Omega Protein, Inc.; vessel operations; job requirements of a cook and fisherman and investigation regarding payment of maintenance and cure.

11.     Mike Wilson and/or representative of Omega Protein, Inc.
        Fact witness: Will testify as to the value of the F/V BULLDOG and its purse boats in regards to Omega's Limitation Defense.
        Moss Point Plant
        P.O. Box 8663
        Moss Point, MS  39562-8663

12.     Joe Livaudais and Joseph P. Sarkies and/or other representative of
        Kenneth Livaudais Claims Service, Inc.
        P.O. Box 2481
        Lafayette, Louisiana 70502
        Will testify regarding his investigation and the recorded statement he obtained from Shawn Bessard.

13.     Mr. John Cordero
        6116 Amhurst Street
        Metairie, LA  70003
        Meteorological Expert: Will testify regarding the weather conditions in the Gulf of Mexico at all relevant times

14.     Captain John C. Manders
        Captain John Manders & Associates, Inc.
        19408 Slemmer Road
        Covington, Louisiana  70433
        Liability/Safety Expert: Will testify regarding lack of liability; industry standard of care; applicability of same to fisherman job requirements of Bessard and video of fisherman job requirements of a cook.

(3)

15.    Jack H. Leary
Leary Engineering, Inc.
530 Natchez Street, Suite 310
New Orleans, Louisiana  70130
Re:   Marine Engineer Expert: Will testify regarding engineering standards applicable to vessel; seaworthiness, design and characteristics of the vessel and applicability of same to job requirements of Bessard and video of fisherman job requirements of a cook.

16.    Dr. David L. Silar and/or James W. Carruth, P.A.C. and/or other representative of MedXcel
Occupational Medicine Clinic
2325 Charity Street
Abbeville, Louisiana  70510
And or 110 North Hospital Drive
Abbeville, LA  70510
Medical Witness:  Will testify as to the 2005 pre-employment physical of Shawn Bessard.

17.    Dr. Jeffrey Laborde
Laborde Diagnostics
309 St. Julien Avenue, Suite 200
Lafayette, LA  70506-4658
Re:  Will testify and present power point presentation regarding MRIs taken on April 13, 2005, July 20, 2006 and September 13, 2006 and post myelogram CT taken on May 29, 2007 and other studies.  Additionally, Dr, Laborde will testify regarding his comparison of films and studies taken of plaintiff before and after May 9, 2006.  Moreover, Dr. Laborde will also testify regarding his review of the lumbar spine x-rays taken on April 13, 2005.

18.    Dr. Vidyadhar Akkaraju
or a representative of Acadiana Imaging Center/Open Air MRI of Louisiana
2311 Kaliste Saloom Blvd.
Lafayette, LA  70508
Medical Witness – Interpreting Radiologist for April 15, 2005 MRI of Lumbar spine for report provided to Dr. David Link Silar.

19.    Dr. Troy M. Martin
Acadiana Family Physicians
427 Heymann Blvd.
Lafayette, LA  70503
Medical Witness: Will testify regarding March 2006 pre-employment physical of Shawn Bessard.

20.    Dr. Myriam Hutchinson
Sterling Emergency Medical Services
104 North Hospital Drive
Abbeville, LA  70510
Medical Witness: Will testify as to the medical condition, treatment and care of Shawn Bessard at Abbeville General Hospital specifically, but not limited to, treatment received on 05/10/06.

21.    Deborah Hargrave
Abbeville General Hospital
Post Office Box 580
Abbeville, Louisiana  70511-0580
Medical Witness: Will testify as to the medical condition, treatment and care of Shawn Bessard at Abbeville General Hospital specifically, but not limited to, treatment received on 05/10/06.

22.    Angelique Hebert
Abbeville General Hospital
Post Office Box 580
Abbeville, Louisiana  70511-0580
Medical Witness: Will testify as to the medical condition, treatment and care of Shawn Bessard at Abbeville General Hospital specifically, but not limited to, treatment received on 05/10/06.

23.    Dr. Gregory Gidman
Acadiana Center for Orthopedic and Occupational Medicine
204 Energy Parkway, Suite "B"
Lafayette, Louisiana  70508
Medical Witness: Will testify as to the medical condition, treatment and care of Shawn Bessard and regarding pre-employment physicals, MRIs and diagnostic studies.

24.    Dr. Roland Miller
Acadiana Bone and Joint Clinic
215 Odea Street
Abbeville, Louisiana  70510
Re:  Will testify as to the medical condition, treatment and care of Shawn Bessard, and his review of the April 13, 2005 pre-employment MRI and how there is almost no change when compared to the July 20, 2006 MRI.

25.    Dr. Rodney Burns-
or a representative of Acadiana Imaging Center/Open Air MRI of Louisiana
2311 Kaliste Saloom Blvd.
Lafayette, LA  70508
Medical Witness – Interpreting Radiologist for July 20, 2006 MRI of Lumbar spine for report provided to Dr. Roland C. Miller

26.     Duane Lege or a representative of Physical Therapy Plus of Vermillion, Inc.
        Post Office Box 1552
        Abbeville, Louisiana  70511
        Medical Witness: Will testify as to physical therapy treatment of the plaintiff.

27.     Dr. Gregor Hoffman - IME
        Southern Orthopedic Clinic
        731 Napoleon Avenue
        New Orleans, LA  70115
        Re:  Will testify as to the medical condition, treatment and care of Shawn
        Bessard as well as plaintiff's need for surgery as a result of his alleged injuries.

28.     Dr. Powlin V. Manuel
        Manuel Medical Clinic
        2405 Alonzo Street
        Abbeville, Louisiana  70510
        Medical Witness: Will testify as to the medical condition, treatment and care of
        Shawn Bessard on April 11, 2006, June 4, 2003 and any other time.

29.     Dr. Richard Bunch
        Industrial Safety & Rehabilitation Institute
        500 Corporate Drive, Suite S
        Houma, LA  70360
        Expert Witness:  Will testify regarding the job requirements of a cook on board
        the FV BULL DOG and results of functional capacity evaluation.  Moreover, the
        work capabilities and/or restrictions if plaintiff undergoes the recommended two-
        level fusion.

30.     Ms. Nancy Favaloro
        Ms. Carla Seyler
        Seyler Favaloro, Ltd.
        1615 Poydras Street, Suite 1040
        New Orleans, Louisiana  70112
        Vocational Rehabilitation Expert: Will testify regarding the employability of Shawn
        Bessard.

31.     Paul Fontana and/or representative of The Fontana Center, Center for Work
        Rehabilitation, Inc.
        709 Kaliste Saloom Rd
        Lafayette, LA 70508

32.     Dr. Kenneth Boudreaux
        Dr. Stuart Wood
        Mr. Dan Cliffe
        1424 Bordeaux Street
        New Orleans, Louisiana  70115
        Economic Experts: Will testify regarding plaintiff's past and future lost wages
        and/or impairment of earning capacity, if any, of Shawn Bessard.

33.     Ms. Jeannie Baker
        Halverson, Hirschfield & Associates, Inc.
        Post Office Box 9189
        Metairie, LA  70002
        Re:  Will testify regarding reasonable and customary amount for all  medical treatment of Shawn Bessard since May 9, 2006; and potential charges if Omega is found to pay cure including, but not limited to, the two-level fusion recommended by Dr. Mark F. McDonnell, including the hospital fees, anesthesia charges and related physician's charges.

34.     Custodian of Records for Abbeville General Hospital
        Post Office Box 580
        Abbeville, Louisiana  70511-0580
        Re:  Will testify as to authenticity of medical records received from Abbeville General Hospital.

35.     A representative of New Day Rehabilitation
        913 South College Road, Suite 100
        Lafayette, Louisiana  70503

36.     Representative of plaintiff's prior employers:
                a.      Nabors Offshore Corporation
                b.      Production Management Industries
                c.      Fugro Chance
                d.      Beacon Alarm of Lafayette
                e.      Royal Service & Rentals, Inc.
                f.      Baker MO Services

37.     Mr. Terrell Miceli, Mr. Kevin McKnight, Mr. Brent McCoy-
        Investigators who performed any surveillance
        Terrell Miceli Investigations
        Post Office Box 1955
        Slidell, LA  70459-1955

38.     Cameron Coghill
        New Day Rehabilitation
        913 South College Road
        Lafayette, LA
        Testify regarding ARCON Functional Testing System Test

39.     Cedric Brown and/or investigator of Brown Confidential who performed surveillance
        P.O. Box 66985
        Baton Rouge, LA  70896

40.     James P. Lambert
        315 South College Road, Suite 146
        Lafayette, LA  70505

41.    Any and all medical and/or health care providers to Shawn Bessard at any time.

42.    Custodian of Records for any other health care provider who treated Shawn Bessard regarding the accident on May 9, 2006, and for any pre-employment physicals and any medical treatment received by Shawn Bessard at any time.

43.    Any records custodian to testify regarding the authentification of any records.

44.    Any witness identified in discovery.

45.    Any witness listed or called by any other party.

46.    Any and all witnesses needed for impeachment or rebuttal testimony.

47.    Any witness whose name is discovered subsequent to the submission of this list as discovery progresses.

Omega reserves the right to supplement this list as discovery progresses.

Respectfully submitted,

**DUNCAN, COURINGTON & RYDBERG, L.L.C.**


_____s/ Elton F. Duncan III_____
**ELTON F. DUNCAN III, T.A. (#14967)**
**KELLEY A. SEVIN (#25871)**
400 Poydras Street, Suite 1200
New Orleans, LA  70130
Telephone: (504) 524-5566
Facsimile: (504) 524-9003
E-Mail: eduncan@duncour.com
E-Mail: ksevin@duncour.com
Attorneys for defendant, Omega Protein, Inc.


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record, via e-mail, through CM/ECF electronic filing, this 14th day of April, 2008.


_____/s/ Elton F. Duncan III_____

(8)